

**ATTORNEYS AT LAW**

James H. Forte
(973) 645-4833
jforte@saiber.com

August 14, 2012

<u>Via Electronic Filing</u>
The Honorable Kevin McNulty, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building
    & U.S. Courthouse
50 Walnut Street, Room 4062
Newark, New Jersey 07101-0419

    Re: <u>Christina Eng Eviner v. Yoketing Eng
    a/k/a Barry Eng, et al.
    Civil Action No. 12-cv-02245-KM-JAD</u>

Dear Magistrate Judge McNulty:

    Pursuant to the Court's letter order dated August 9, 2012, I write on behalf of defendants The Bank of New York Mellon, incorrectly identified as BNY Mellon Bank, N.A., and The Dreyfus Fund Incorporated, incorrectly identified as Dreyfus Funds, to advise the Court that I have no objection to Your Honor presiding as a Magistrate Judge in this matter.

    Respectfully submitted,

    JAMES H. FORTE

JHF/cr
cc: All counsel of record (via ecf)

Saiber LLC • 18 Columbia Turnpike • Suite 200 • Florham Park, New Jersey • 07932 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com

Florham Park   •   Newark   •   New York   •   Atlantic City   •   Point Pleasant Beach

{00738459.DOC}