FREDERICK C. BIEHL, III, ESQ. (8557)
SORIANO, HENKEL, BIEHL & MATTHEWS, P.C.
75 Eisenhower Parkway
Roseland, New Jersey 07068-1693
(973) 364-0111
Attorneys for Plaintiff, Christina Eng Eviner

<div style="text-align:center">

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

</div>

| | |
|---|---|
| CHRISTINA ENG EVINER, : | Civil Action No.: 2:12-cv-02245-CCC-JAD |
| Plaintiff, : | |
| vs. : | |
| YOKETING ENG a/k/a BARRY ENG, : TRINH ENG, et als., | |
| : | |
| Defendants. | |

<div style="text-align:center">

**NOTICE OF VOLUNTARY DISMISSAL AS TO DREYFUS FUNDS ONLY**

</div>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Christina Eng Eviner, Plaintiff hereby gives notice of her voluntary dismissal of defendant Dreyfus Funds, from this action. Dismissal of this action against Defendant, Dreyfus Funds, is without prejudice and Christina Eng Eviner, Plaintiff, and Dreyfus Funds, Defendant, shall bear their own attorneys' fees and costs. Dreyfus Funds, Defendant has not filed answers or motions for summary judgment with respect to the Direct Purchaser Plaintiff's complaint.

<div style="margin-left:50%">

SORIANO, HENKEL, BIEHL AND
MATTHEWS, P.C.
Attorneys for Plaintiff, Christina Eng Eviner

BY: _____
Frederick C. Biehl, III

</div>

Dated: September 25, 2012