Law Offices

# SORIANO, HENKEL, BIEHL & MATTHEWS

William J. Soriano
Frederick C. Biehl, III
Thomas W. Matthews
Peter DeSalvo, Jr.
James G. Gelenitis
Gerard D. Nolan
Adrienne Matthews

A Professional Corporation

75 Eisenhower Parkway
Suite 110
Roseland, New Jersey 07068-1693

(973) 364-0111

Facsimile (973) 364-1073

E-Mail: fredbiehl@shsbmlaw.com

George B. Henkel, Retired

February 25, 2015

*Via ECF Filing*
Honorable Senior Judge Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: **Christina Eng Eviner v. Yoketing Eng a/k/a Barry Eng, Trinh Eng, et als.**
**Civil Action No.: 1:13-cv-06940-ERK-JO**

Dear Senior Judge Korman:

The undersigned represents Plaintiff, Christina Eng Eviner, in the above-captioned matter.

Pursuant to Your Honor's Individual Motion Practice Rule A and the Order of United States Magistrate Judge James Orenstein dated October 17, 2014, the Plaintiff on this date has served all other parties with the following documents:

1. Plaintiff's Reply Memorandum of Law in Further Support of Plaintiff's Motion for Partial Summary Judgment;

2. Plaintiff's Response to Defendants, Yoketing and Trinh Eng's Counterstatement of Material Facts;

3. Declaration of Christina Eviner; and

5. Certificate of Service.

Honorable Senior Judge Edward R. Korman
February 25, 2015
Page 2

                              Respectfully submitted,
                              SORIANO, HENKEL, BIEHL & MATTHEWS, P.C.

                By: _____
                     Frederick C. Biehl, III

FCB:ef
Encs.
cc:
(Via e-mail)

Steven I. Lewbel, Esq.
Melito & Adolfsen, P.C.
Woolworth Building
233 Broadway
New York, NY 10279-0118
Telephone: 212-238-8900
Attorney for Defts., Yoketing Eng s/h/a Yoketing Eng
a/k/a Barry Eng and Trinh Eng

Robert K. Malone, Esq.
Drinker, Biddle & Reath, LLP
500 Campus Drive
Florham Park, NJ 07932
Telephone: 973-549-7000
Attorney for Defendants, Citibank, N.A., Bank of
America and Bank of New York Mellon
Attorney for Defendants, Citibank N.A. and Citigroup, Inc.

Sherilyn Dandridge, Esq.
1120 Avenue of Americas
4th Floor
New York, NY 10036
Telephone: 212-586-5821
Attorney for Deft., Anna Eng